1  PHILLIP A. TALBERT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00078-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| JEREMY GOODWIN, JR., | Hearing Date: May 3, 2024 |
| Defendant. | Hearing Time: 2:00 p.m. |

16

17     The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

18     ☒ Ad Prosequendum      ☐ Ad Testificandum

19     Name of Detainee:   Jeremy Goodwin, Jr.

20     Detained at (custodian):    Fresno County Jail

21     Detainee is:

22     a.)    ☒ charged in this district by:    [X] Indictment    ☐ Information  ☐ Complaint

23            charging detainee with 18 U.S.C. § 922(g)(1) – Felony in Possession of Firearm and Ammunition

24     or

25     b.)    ☐ a witness not otherwise available by ordinary process of the Court

26     Detainee will:

27     a.)    [ ] return to the custody of detaining facility upon termination of proceedings or

28

WRIT OF HABEAS CORPUS                    1

b.)   [ x ] be retained in federal custody until final disposition of federal charges.

Appearance IN PERSON is necessary on **May 3, 2024, at 2:00 p.m.** in the Eastern District of California.

Dated:  May 2, 2024

| | |
|---|---|
| Signature: | */s/ Cody Chapple* |
| Printed Name: | Cody S. Chapple |
| Attorney of Record for: | United States of America |

IT IS SO ORDERED.

Dated:   **May 2, 2024**

UNITED STATES MAGISTRATE JUDGE

# **WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on May 3, 2024*, for an in person appearance at *2:00 p.m* and the detainee shall be retained in federal custody until final disposition of federal charges.

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male  ☐Female | |
| USMS #: | | DOB: | 08/25/2002 |
| Facility Address: | Fresno County Sheriff | Race: | |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on: _____    _____
                                                (signature)

WRIT OF HABEAS CORPUS                       3