PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY GOODWIN JR., <br><br> Defendant. | CASE NO. 1:24-CR-00078-KES-BAM <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The parties stipulate as follows:

1. A grand jury indicted the defendant on April 18, 2024, charging him in count one of violating 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition. [ECF 1.] The defendant appeared and was detained on May 3, 2024. [ECF 7.] The Court set a status conference for June 12, 2024, and excluded time.

2. On May 15, 2024, Erin M. Snider filed a notice of appearance as counsel of record for the defendant. [ECF 10.] On May 16, 2024, the government produced initial discovery.

3. Now, the parties agree to continue the status conference from June 12, 2024, to August 14, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh

1

1 the best interests of the public and the defendant in a speedy trial. The parties also agree that the period
2 from June 12, 2024, through August 14, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. §
3 3161(h)(7)(A) and (h)(7)(B)(iv).

4     IT IS SO STIPULATED.

Dated: June 4, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: June 4, 2024

*/s/ Erin Snider*
Erin M. Snider
Counsel for JEREMY GOODWIN JR.

# **ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED that the status conference is continued from June 12, 2024, to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 5, 2024**                              /s/ *Barbara A. McAuliffe*
                                                                            UNITED STATES MAGISTRATE JUDGE