PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00078-KES-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |
| JEREMY GOODWIN JR., | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on April 18, 2024, charging him in count one of violating 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition. [ECF 1.] The defendant appeared and was detained on May 3, 2024. [ECF 7.] The Court set a status conference for June 12, 2024, and excluded time. On June 5, 2024, the court continued the status conference to August 14, 2024, and excluded time. [ECF 13.]

2. On May 15, 2024, Erin M. Snider filed a notice of appearance as counsel of record for the defendant. [ECF 10.] On May 16, 2024, the government produced initial discovery. On August 2, 2024, the government made its plea offer to defense. The Court continued the August 14, 2024, status conference to October 9, 2024, and excluded time.

3. Now, the parties agree to continue the status conference from October 9, 2024, to

1

December 11, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from October 9, 2024, through December 11, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  October 2, 2024    PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  October 2, 2024    */s/ Erin Snider*
Erin M. Snider
Counsel for JEREMY GOODWIN JR.

## ORDER

IT IS SO ORDERED that the status conference is continued from October 9, 2024, to **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **October 2, 2024**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2