1  PHILLIP A. TALBERT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00078-KES-BAM |
|---|---|
12 | Plaintiff, | |
13 | v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |
14 | JEREMY GOODWIN JR., | |
15 | Defendant. | |

18     The parties stipulate as follows:

19     1.     A grand jury indicted the defendant on April 18, 2024, charging him in count one of
20 violating 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition. The defendant
21 appeared and was detained on May 3, 2024. Currently, this case is set for a status conference on December
22 11, 2024. Time has been excluded to that date.

23     2.     On May 15, 2024, Erin M. Snider filed a notice of appearance as counsel of record for the
24 defendant. On May 16, 2024, the government produced initial discovery. On August 2, 2024, the
25 government made its plea offer to defense. The parties are still discussing terms of the plea agreement.

26     3.     Now, the parties agree to continue the status conference from December 11, 2024, to
27 January 22, 2025, to further provide defendant with reasonable time necessary for effective preparation,
28 so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the

                                              1

case.

    4.    The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from December 11, 2024, through January 22, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | */s/ Cody Chapple*<br>Cody Chapple<br>Assistant United States Attorney |
| | |
| Dated:  December 4, 2024 | */s/ Erin Snider*<br>Erin M. Snider<br>Counsel for JEREMY GOODWIN JR. |

2

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from December 11, 2024, until **January 22, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from December 11, 2024, through January 22, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **December 4, 2024**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE