HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JEREMY GOODWIN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY GOODWIN, JR.,<br><br>Defendant. | Case No. 1:24-cr-00078-KES-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE-OF-PLEA HEARING; AND ORDER**<br><br>Date:   February 3, 2025<br>Time:  9:30 a.m.<br>Judge: Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Jeremy Goodwin, Jr., that the Court may vacate the status conference currently scheduled for January 22, 2025, and schedule a change-of-plea hearing for February 3, 2025, at 9:30 a.m.

The parties agree and request the Court find the following:

1.   By previous order, this matter was set for a status conference on January 22, 2025.

2.   After consultation with defense counsel, Mr. Goodwin intends to enter an open guilty plea to the sole count in the Indictment.

3.   Defense counsel has conferred with counsel for the government, and both parties are available for a change-of-plea hearing on February 3, 2025.

1    4.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

2    et seq., within which trial must commence, the parties agree that the time period

3    of January 22, 2025, to February 3, 2025, inclusive, is excludable pursuant to 18

4    U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties agree that the ends of justice

5    served by continuing the case as requested outweigh the interest of the public and

6    the defendant in a trial within the original date prescribed by the Speedy Trial Act

7    because the continuance ensures continuity of counsel and is necessary for

8    effective preparation, taking into account the exercise of due diligence.

9    **IT IS SO STIPULATED.**

10                                          Respectfully submitted,

11

12                                          MICHELE BECKWITH
                                            Acting United States Attorney
13

14   Date: January 14, 2025                */s/ Cody Chapple*
                                            CODY CHAPPLE
15                                          Assistant United States Attorney
                                            Attorney for Plaintiff
16

17
                                            HEATHER E. WILLIAMS
18                                          Federal Defender

19   Date: January 14, 2025                */s/ Erin Snider*
                                            ERIN SNIDER
20                                          Assistant Federal Defender
                                            Attorney for Defendant
21                                          JEREMY GOODWIN, JR.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

## **O R D E R**

2       IT IS SO ORDERED. The status conference currently scheduled for January 22, 2025, at

3  1:00 p.m. is hereby vacated. **A change-of-plea hearing is scheduled for February 3, 2025, at**

4  **9:30 a.m. before the Honorable Kirk E. Sherriff**. For the purpose of computing time under the

5  Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period

6  of January 22, 2025, to February 3, 2025, inclusive, is excludable pursuant to 18 U.S.C.

7  § 3161(h)(7)(B)(iv).

8

9  IT IS SO ORDERED.

10       Dated:   **January 15, 2025**                    /s/ *Barbara A. McAuliffe*

11                                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Goodwin – Stipulation to Vacate Status Conference and Set        3
Change-of-Plea Hearing